# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00431-CV

**One (1) 2002 Dodge 2500 Pick-Up Truck TX LP: BE31768; VIN: 3B7KF236X2M262448 and 20 Foot, Dual Axle, Black, Flatbed, Home Made, Gooseneck Trailer, bearing the initials AJH, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
NO. 13-1666, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On September 21, 2015, this Court notified appellant that his brief was due on September 17, 2015, and was overdue. The Clerk requested a response by October 1, 2015, and notified appellant that the appeal would be dismissed for want of prosecution if he did not respond to this Court by that date. Appellant has not filed his brief or otherwise responded. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed: October 15, 2015